THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Maxwell E.
 Sipes, Appellant.
 
 
 

Appeal From Anderson County
  Alexander S. Macaulay, Circuit Court
Judge

Unpublished Opinion No. 2009-UP-540
 Submitted November 2, 2009  Filed
November 19, 2009    

AFFIRMED

 
 
 
 Tara Dawn Shurling, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General William J. Blitch, Jr., all of Columbia; Solicitor Christina T.
 Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Maxwell E. Sipes appeals his conviction
 for first-degree criminal sexual conduct, arguing the trial court erred in
 denying his motion for a mistrial.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  State v. George, 323 S.C. 496, 510, 476 S.E.2d 903, 911-12 (1996)
 ("No issue is preserved for appellate review if the objecting party
 accepts the judge's ruling and does not contemporaneously make an additional
 objection to the sufficiency of the curative charge or move for a
 mistrial."); State v. Council, 335 S.C. 1, 12, 515 S.E.2d 508, 514
 (1999) ("The decision to grant or deny a motion for a mistrial is a matter
 within a trial court's sound discretion, and such a decision will not be
 disturbed on appeal absent an abuse of discretion amounting to an error of
 law.").         

AFFIRMED.[1]
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.